JUDGE KENDALL
MAGISTRATE JUDGE NOLAN
Case 1:07-cv-07107    Document 2    Filed 12/18/2007    Page 1 of 1

07 C 7107

FILED
DECEMBER 18, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
QINGHUA XIE

**DEFENDANTS**
ABBOTT LABORATORIES

**(b)** County of Residence of First Listed Plaintiff: Lake
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Lake
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
The Law Offices of Eugene K. Hollander

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[ ] 1 U.S. Government Plaintiff
[■] 3 Federal Question (U.S. Government Not a Party)
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Citizen of This State: PTF [ ]1 DEF [ ]1; Incorporated or Principal Place of Business In This State: PTF [ ]4 DEF [ ]4
Citizen of Another State: PTF [ ]2 DEF [ ]2; Incorporated and Principal Place of Business In Another State: PTF [ ]5 DEF [ ]5
Citizen or Subject of a Foreign Country: PTF [ ]3 DEF [ ]3; Foreign Nation: PTF [ ]6 DEF [ ]6

## IV. NATURE OF SUIT

**CIVIL RIGHTS**
[■] 442 Employment

## V. ORIGIN
[■] 1 Original Proceeding

## VI. CAUSE OF ACTION
42 U.S.C. 2000e(2) et seq.; 42 U.S.C. 1981; 29 U.S.C. 621, et seq.; 29 U.S.C. 101, et. seq.

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [■] Yes [ ] No

## IX. This case
[■] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge

DATE: 12/18/07
SIGNATURE OF ATTORNEY OF RECORD

CEM