IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QINGHUA XIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07 C 7107 |
| | ) | |
| ABBOTT LABORATORIES, an Illinois corporation, | ) ) | Judge Kendall Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

## ABBOTT LABORATORIES' LOCAL RULE 3.2 DISCLOSURE

Defendant, Abbott Laboratories, by and through its undersigned attorneys, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Abbott Laboratories is an independent, publicly held company (NYSE: ABT) that has no parent corporations, and no publicly held company owns 10% or more of Abbott Laboratories' stock.

Dated: January 16, 2008

                Respectfully submitted,

                ABBOTT LABORATORIES

                By   /s/ Matthew K. Organ
                      One of Its Attorneys

Jon E. Klinghoffer
Matthew K. Organ
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on January 16, 2008, he caused a copy of **Abbott Laboratories' Local Rule 3.2 Disclosure** to be served via the Court's ECF/electronic mailing system upon the following:

>Eugene K. Hollander
>Paul W. Ryan
>Erin E. Buck
>The Law Offices of Eugene K. Hollander
>Suite 2300
>33 North Dearborn Street
>Chicago, Illinois  60602

>/s/ Matthew K. Organ
>Matthew K. Organ