# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Qinghua Xie

                Plaintiff,

v.                                           Case No.: 1:07−cv−07107
                                                    Honorable Virginia M. Kendall

Abbott Laboratories

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 25, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Status hearing held. Fact discovery ordered closed 7/25/08. Dispositive motions with supporting memoranda are due 8/25/2008; responses due 9/25/2008; replies due 10/9/2008. Jury Trial set for 1/20/2009 at 9:15 AM. Status hearing set for 7/28/2008 at 9:00 AM.Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.