IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QINGHUA XIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07 C 7107 |
| | ) | |
| ABBOTT LABORATORIES, an Illinois | ) | Judge Kendall |
| corporation, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: Eugene K. Hollander
Paul W. Ryan
Erin E. Buck
THE LAW OFFICES OF EUGENE K
  HOLLANDER
33 North Dearborn Street
Suite 2300
Chicago, Illinois  60602

      PLEASE TAKE NOTICE that on Thursday, July 17, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall in Courtroom 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present the Parties' **JOINT MOTION TO STRIKE DEADLINES AND SCHEDULE A SETTLEMENT CONFERENCE**, a copy of which is attached hereto.

      DATED:  July 14, 2008.

      Respectfully submitted,

      ABBOTT LABORATORIES


      By  /s/ Matthew K. Organ
        One of Its Attorneys

-2-

David E. Morrison
Jon E. Klinghoffer
Matthew K. Organ
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on July 14, 2008, he caused a copy of the Parties' **JOINT MOTION TO STRIKE DEADLINES AND SCHEDULE A SETTLEMENT CONFERENCE** to be served via the Court's ECF/electronic mailing system upon the following:

>Eugene K. Hollander
>Paul W. Ryan
>Erin E. Buck
>The Law Offices of Eugene K. Hollander
>Suite 2300
>33 North Dearborn Street
>Chicago, Illinois  60602

>  /s/ Matthew K. Organ
>Matthew K. Organ