UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QINGHUA XIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07 C 7107 |
| | ) |
| ABBOTT LABORATORIES, | ) |
| an Illinois corporation | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF MOTION

To:   David E. Morrison
      Jon E. Klinghoffer
      Matthew K. Organ
      GOLDBERG KOHN BELL BLACK
        ROSENBLOOM & MORITZ, LTD.
      55 East Monroe Street
      Suite 3300
      Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on Thursday, July 17, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall in Courtroom 2319, 219 S. Dearborn, Chicago, Illinois and present the parties' **Joint Motion For a Protective Order**, a copy of which has been served upon you electronically.

Respectfully submitted,
Qinghua Xie,

By:   s/ Paul W. Ryan
      One of her attorneys

Eugene K. Hollander
Paul W. Ryan
**The Law Offices of Eugene K. Hollander**
33 N. Dearborn, Suite 2300
Chicago, IL 60602
(312) 425-9100