## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Qinghua Xie
                Plaintiff,

v.
                                        Case No.: 1:07−cv−07107
                                        Honorable Virginia M. Kendall

Abbott Laboratories
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:The joint motion to strike [15] and schedule a settlement conference is granted in part. All fact discovery shall be completed by 9/2/2008. Dispositive motions with supporting memoranda due by 9/30/2008. Responses due by 10/28/2008. Replies due by 11/4/2008. Court will rule by mail. Status hearing date of 7/28/2008 is reset for 9/3/2008 at 09:00 AM.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.