**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Qinghua Xie

                              Plaintiff,

v.                                              Case No.: 1:07–cv–07107
                                                Honorable Virginia M. Kendall

Abbott Laboratories

                              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference.(jms, )Mailed notice.

Dated: July 16, 2008

                                                _____
                                                /s/ Virginia M. Kendall

                                                United States District Judge