UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QINGHUA XIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7107 |
| | ) | |
| ABBOTT LABORATORIES, | ) | |
| an Illinois corporation | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   David E. Morrison
　　　Jon E. Klinghoffer
　　　Matthew K. Organ
　　　GOLDBERG KOHN BELL BLACK
　　　　ROSENBLOOM & MORITZ, LTD.
　　　55 East Monroe Street
　　　Suite 3300
　　　Chicago, Illinois 60603

　　**PLEASE TAKE NOTICE** that on **Wednesday, August 20, 2008**, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall in Courtroom 2319, 219 S. Dearborn, Chicago, Illinois and present **Plaintiff's Motion To Extend Discovery**, a copy of which has been served upon you electronically.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　Qinghua Xie,


　　　　　　　　　　　　　　　　By:　　s/ Paul W. Ryan
　　　　　　　　　　　　　　　　　　　　One of her attorneys

Eugene K. Hollander
Paul W. Ryan
**The Law Offices of Eugene K. Hollander**
33 N. Dearborn, Suite 2300
Chicago, IL 60602
(312) 425-9100