UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Qinghua Xie
                    Plaintiff,

v.                                    Case No.: 1:07−cv−07107
                                                    Honorable Virginia M. Kendall

Abbott Laboratories
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

       MINUTE entry before the Honorable Virginia M. Kendall:Plaintiff's motion to extend discovery is denied. The parties are instructed to schedule a settlement conference with this court within the next two weeks.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.