UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Qinghua Xie
      Plaintiff,

v.            Case No.: 1:07−cv−07107
            Honorable Virginia M. Kendall

Abbott Laboratories
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

  MINUTE entry before the Honorable Virginia M. Kendall: At the joint request of the parties and Magistrate Judge Nolan, this court's order of 8/19/2008 [doc # 27] is modified as follows: The parties may keep their settlement conference date of 9/11/2008 with Magistrate Judge Nolan or they may call this court's clerk to schedule a settlement conference. The parties are advised that NO EXTENSIONS of the discovery closing date and dispositive motion briefing schedule will be allowed.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.